IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| HELGA COHEN, et al., | Case No. 3:16-cv-01489-JMC |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

---

| | |
|---|---|
| MARTHA BROWN, et al., | Case No. 3:16-cv-03053-JMC |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

---

## AGREED ORDER

Plaintiffs and Defendant in the cases of *Cohen v. United States*, Case No. 3:16-cv-01489-JMC and *Brown v. United States*, Case No. 3:16-cv-03053-JMC, by and through undersigned counsel, stipulate that all Plaintiffs will provide completed Plaintiff's Fact Sheets along with available documentation to Defendant no later than March 31, 2017. This order shall not apply to any of the other cases in this consolidated matter.

Dated: March 15, 2017

**IT IS SO ORDERED:**

March 17, 2017
_____
Dated

_____
J. Michelle Childs
United States District Judge

**Agreed:**

For the Plaintiffs,                                          For the United States of America,

/s/ with consent of *John R. Alphin*           /s/ *Austin L. Furman*
J. Preston Strom, Jr. (Fed. I.D. No. 4354)   AUSTIN L. FURMAN
Mario A. Pacella (Fed. I.D. No. 7538)        Trial Attorney, Torts Branch
John R. Alphin (Fed. I.D. No. 9923)          United States Department of Justice
Jessica L. Fickling (Fed. I.D. No. 11403)    P.O. Box 888, Ben Franklin Station
petestrom@stromlaw.com                       Washington, DC 20044
mpacella@stromlaw.com                        Telephone: (202) 616-4400
jalphin@stromlaw.com                         Facsimile: (202) 616-5200
jfickling@stromlaw.com                       Email: Austin.L.Furman@usdoj.gov
Strom Law Firm, LLC
2110 Beltline Blvd.
Columbia, South Carolina 29204
TEL: (803) 252-4800
FAC: (803) 252-4801

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2017, I electronically filed the foregoing Agreed Order with the Clerk of the Court using the CM/ECF system, which sent notification of such to the following:

    Arthur Camden Lewis (acl@lewisbabcock.com)
    Jeffrey Ryan Heiskell (jrh@lewisbabcock.com)
    Jessica Lerer Fickling (jlerer@stromlaw.com)
    John Randall Alphin (jalphin@stromlaw.com)
    Joseph Preston Strom, Jr. (petestrom@stromlaw.com)
    Mario A Pacella (mpacella@stromlaw.com)

                                            /s/ *Austin L. Furman*
                                            AUSTIN L. FURMAN
                                            Trial Attorney, Torts Branch